IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

AMANDA LAVALLEE,

    Appellant,

v.

GREGORY B. LAVALLEE,

    Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-3803

_____/

Opinion filed February 25, 2015.

An appeal from the Circuit Court for Duval County.
Linda F. McCallum, Judge.

Amanda Lavallee, pro se, Appellant.

Gregory B. Lavallee, pro se, Appellee.


PER CURIAM.

    AFFIRMED.  See Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150

(Fla. 1979).


LEWIS, C.J., BENTON and THOMAS, JJ., CONCUR.